# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CASE NO. _____

DAN WALTZ,

    Plaintiff,

v.

OLD DOMINION FREIGHT LINE, INC.,

    Defendant.

## DEFENDANT OLD DOMINION FREIGHT LINE, INC.'S NOTICE OF REMOVAL

Defendant Old Dominion Freight Line, Inc. ("Old Dominion"), by its attorneys and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, removes this case from the County Court of the Ninth Judicial Circuit in and for Orange County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division. In support of its Notice of Removal, Old Dominion states as follows:

## BACKGROUND AND TIMELINESS

1. On February 14, 2023, Dan Waltz ("Plaintiff") commenced a civil action against Old Dominion by filing a Complaint in the County Court of the Ninth Judicial Circuit in and for Orange County, Florida, entitled *Dan Waltz v. Old Dominion Freight Line, Inc.,* Case No. 2023-CC-002760-O.

2. Old Dominion was served with the Plaintiff's Complaint on February 22, 2023. True and correct copies of the Summons and Complaint, together with all process, pleadings, and orders served upon Old Dominion, are attached as **Exhibit A**. These documents constitute all "process, pleadings, and orders" served upon Old Dominion in the state court action as required by 28 U.S.C. § 1446(a).

3. This Notice of Removal is timely, as Old Dominion has filed this Notice of Removal within thirty days of service. *See* 28 U.S.C. § 1446(b).

## THIS CASE IS REMOVABLE BASED UPON FEDERAL QUESTION JURISDICTION

4. In the Complaint, Plaintiff purports to bring claims arising out of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.* (*See* Exhibit A, Complaint, ¶ 1.) Plaintiff seeks relief in the form of statutory and actual damages, along with the attorneys' fees and the costs of litigation, for alleged injuries, actual damages, and harm, as well as such other relief the Court may deem equitable. (*See* Exhibit A, Complaint.)

5. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants to the district court of the United States for the district and division embracing the place where such action is pending."

6. This Court has original federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331, which provides that the "district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." This is because Plaintiff alleges that Old Dominion violated the FLSA, which is a federal law. *Id.*

7. Accordingly, this action is removable to this Court pursuant to 28 U.S.C. § 1441.

## VENUE AND NOTICE TO STATE COURT

8. Removal is appropriate "to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). This action is pending in the County Court of the Ninth Judicial Circuit in and for Orange County, Florida and, thus, venue is proper in this Court pursuant to 28 U.S.C. §§ 1441 and 1446(a). Old Dominion, therefore, removes this action to the United States District Court for the Middle District of Florida, Orlando Division.

9. Promptly upon the filing of this Notice of Removal, Old Dominion shall file a Notice of Filing of Removal to Federal Court, together with a copy of the Notice of Removal, with the County Court of the Ninth Judicial Circuit in and for Orange County, Florida, and will serve a copy thereof on Plaintiff through counsel, pursuant to 28 U.S.C. 1446(d). A copy of this Notice (without exhibits) is attached hereto at **Exhibit B**.

## **CONCLUSION**

10. Old Dominion submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff, without conceding that Plaintiff has pleaded claims upon which relief can be granted, and without admitting that Plaintiff is entitled to any monetary or equitable relief whatsoever (or that the damages Plaintiff seeks may be properly sought).

11. Should Plaintiff seek to remand this case to state court, Old Dominion respectfully asks that it be permitted to brief and argue the issue of this removal prior to any order remanding this case. In the event that the Court decides remand is proper, Old Dominion asks that the Court retain jurisdiction and allow Old Dominion to file a motion asking this Court to certify any remand order for interlocutory review by the Eleventh Circuit Court of Appeals, pursuant to 28 U.S.C. § 1292(b).

12. Based on the foregoing, this Court has original federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331 due to Plaintiff's FLSA claims. Therefore, the Court properly may exercise jurisdiction over this lawsuit. *See* 28 U.S.C. § 1441.

WHEREFORE, Old Dominion submits that this action properly is removable based on original federal question jurisdiction and respectfully requests that the above-described action pending against it be removed to the United State District

Court for the Middle District of Florida, Oralndo Division.  Old Dominion also requests all other relief, at law or in equity, to which it justly is entitled.

DATED:  March 7, 2023                    Respectfully submitted,

SEYFARTH SHAW LLP


By: */s/ Andrew McKinley*
    Andrew McKinley
    Florida Bar No. 122069
    Seyfarth Shaw LLP
    1075 Peachtree Street NE
    Suite 2500
    Atlanta, Georgia  30309
    Telephone: (404) 885-1500
    Facsimile: (404) 892-7056
    Email: amckinley@seyfarth.com

*Counsel for Defendant*
*Old Dominion Freight Line, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2023, I presented the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Andrew McKinley*

*Counsel for Defendant*
*Old Dominion Freight Line, Inc.*