UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DAN WALTZ,**

       **Plaintiff,**

v.                                                                        Case No: 6:23-cv-411-DCI

**OLD DOMINION FREIGHT LINE,
INC.,**

       **Defendant.**

## ORDER

This cause comes before the Court for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **Joint Motion for Approval of Settlement Agreement (Doc. 25)** |
| **FILED:** | **May 31, 2023** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

This is an FLSA case. *See generally* 29 U.S.C. §§ 201 to 209. The parties filed a "Joint Motion for Approval of Settlement," in which the parties request both approval of their FLSA settlement and dismissal of this case with prejudice. (Doc. 25, the Motion). On June 22, 2023, the parties consented to the jurisdiction of the undersigned United States Magistrate Judge for purposes this action. Doc. 27. The presiding District Judge approved that consent, and this case was reassigned to the undersigned as the presiding judge. Docs. 28-29.

Since the proposed settlement involves a compromise of Plaintiffs' claims, it is incumbent on the Court to review the reasonableness of the proposed settlement. *See Lynn's Food Stores,*

*Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982). Having reviewed the same, the Court finds that the proposed settlement is a reasonable compromise of a bona fide dispute between parties represented by competent counsel. *Id*. The Court further finds that the agreed-upon fee and costs to be paid to Plaintiffs' counsel was determined independently, did not affect the payment to Plaintiffs, and otherwise appears to be reasonable. *See Bonetti v. Embarq Mgmt. Co.*, Case No. 06:07-CV-1335, 2009 WL 2371407 (M.D. Fla. Aug. 4, 2009).

It is, therefore **ORDERED** that the Motion (Doc. 25) is **GRANTED**. The settlement is **APPROVED**, and this case is **DISMISSED** with prejudice. The Clerk is directed to close the case.

**ORDERED** in Orlando, Florida on June 26, 2023.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE